UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 2, a minor, by and through her guardian ad litem, Veronica Estrada,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE CENTER ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 1:14-cv-01421---SKO<br><br>**ORDER APPOINTING VERONICA ESTRADA AS GUARDIAN AD LITEM FOR MINOR JANE DOE 2**<br><br>**(Doc. 2)** |

After reviewing the application of petitioner Veronica Estrada and for good cause shown, **IT IS HEREBY ORDERED THAT** Veronica Estrada shall be appointed Guardian Ad Litem for Jane Doe 2 in the above action.

IT IS SO ORDERED.

Dated:   **October 17, 2014**                    **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE